HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>              Defendant. | Case No.  1:18-cr-00270-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br><br>DATE:   August 24, 2020<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for hearing on the deferred prosecution agreement on July 7, 2020 before the Honorable Dale A. Drozd may be continued to August 24, 2020 at 1:00 p.m. before the Honorable Barbara A. McAuliffe, for further status conference to be calendared along Mr. Bartucci's other case, 1:19-cr-244.

Pursuant to the deferred prosecution agreement, defense has agreed to waive all time periods applicable under the Speedy Trial Act.  The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including August 24, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is

necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED:  June 30, 2020    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  June 30, 2020    /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

**O R D E R**

IT IS SO ORDERED.

Dated:  **June 30, 2020**

UNITED STATES DISTRICT JUDGE