1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  BRYAN BARTUCCI

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:18-cr-00270-DAD-BAM
12 |                Plaintiff,  | STIPULATION AND ORDER TO CONTINUE
                                  STATUS CONFERENCE
13 | vs.                        |
14 | BRYAN BARTUCCI,            | DATE:   October 26, 2020
                                  TIME:   1:00 p.m.
15 |                Defendant.  | JUDGE: Hon. Barbara A. McAuliffe

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the status conference regarding the above-captioned matter now set for

20 hearing on the deferred prosecution agreement before the Honorable Barbara A. McAuliffe may

21 be continued for further status conference on October 26, 2020.

22         Defense counsel has been in discussions with the government regarding resolution of this

23 matter along with Mr. Bartucci's other case, 1:19-cr-00244-DAD-BAM.  The government has

24 indicated it will send over an offer in the near future.  The parties near additional time to resolve

25 logistical issues and complete plea negotiations.

26         Pursuant to the deferred prosecution agreement, defense has agreed to waive all time

27 periods applicable under the Speedy Trial Act.  But additionally, the parties agree that, pursuant

28 to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including October 26, 2020

because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

                                        Respectfully submitted,

                                        McGREGOR SCOTT
                                        United States Attorney

DATED:  August 17, 2020              */s/ Kimberly A. Sanchez*
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED:  August 17, 2020              */s/ Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRYAN BARTUCCI


## ORDER

IT IS SO ORDERED that the Status Conference is continued from August 24, 2020, to **October 26, 2020, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  **August 17, 2020**                /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE