HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00270-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BRYAN BARTUCCI, | DATE:   January 27, 2021 |
| Defendant. | TIME:    1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for hearing on October 14, 2020, on the deferred prosecution agreement before the Honorable Barbara A. McAuliffe may be continued for further status conference on January 27, 2021.

The parties remain in discussions towards the resolution on this case, along with Mr. Bartucci's other case, 1:19-cr-00244-DAD-BAM.  The parties request the additional time to further their plea negotiations and resolution discussions.

Pursuant to the deferred prosecution agreement, defense has agreed to waive all time periods applicable under the Speedy Trial Act.  But additionally, the parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including January 27, 2021, because there is good cause for the requested continuance and the ends of justice outweigh the

interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

                    Respectfully submitted,

                    McGREGOR SCOTT
                    United States Attorney

DATED:  October 6, 2020          */s/ Kimberly A. Sanchez*
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                    HEATHER E. WILLIAMS
                    Federal Defender

DATED:  October 6, 2020          */s/ Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRYAN BARTUCCI

## ORDER

IT IS SO ORDERED that the Status Conference is continued from October 26, 2020 to **January 27, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

   Dated:  **October 6, 2020**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE