HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>　　　　　　　Defendant. | Case No.  1:18-cr-00270-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br><br>DATE:　March 24, 2021<br>TIME:　1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for hearing on January 27, 2021, on the deferred prosecution agreement before the Honorable Barbara A. McAuliffe may be continued for further status conference on March 24, 2021 at 1:00 p.m.

　　　　The parties have had substantive plea negotiations and believe they are close to a resolution on this case, along with Mr. Bartucci's other case, 1:19-cr-00244-DAD-BAM.  The parties request the additional time to finalize their plea negotiations and resolution discussions.

　　　　Pursuant to the deferred prosecution agreement, defense has agreed to waive all time periods applicable under the Speedy Trial Act.  But additionally, the parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including March 24, 2021,

because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to engage in plea negotiations.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED:  January 20, 2021         */s/ Kimberly A. Sanchez*
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


DATED:  January 20, 2021         */s/ Charles J. Lee*
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BRYAN BARTUCCI


## ORDER

IT IS SO ORDERED that the status conference is continued from January 27, 2021, to **March 24, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

Dated:  **January 20, 2021**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE