1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  BRYAN BARTUCCI

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:18-cr-00270-DAD-BAM
12 |             Plaintiff,            | STIPULATION AND ORDER TO CONTINUE
                                        STATUS CONFERENCE
13 | vs.                               |
14 | BRYAN BARTUCCI,                   | DATE:  December 8, 2021
                                        TIME:  1:00 p.m.
15 |             Defendant.            | JUDGE: Hon. Barbara A. McAuliffe

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the status conference regarding the above-captioned matter now set for

20 hearing on September 8, 2021, on the deferred prosecution agreement before the Honorable

21 Barbara A. McAuliffe may be continued for further status conference on December 8, 2021, at

22 1:00 p.m.

23         The parties have had several discussions regarding resolution and anticipate a plea offer

24 will be forthcoming soon of both of Mr. Bartucci's cases in the near future.  Defense will then

25 need time to review the offer with Mr. Bartucci.

26         Pursuant to the deferred prosecution agreement, defense has agreed to waive all time

27 periods applicable under the Speedy Trial Act.  But additionally, the parties agree that, pursuant

28 to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including December 8, 2021,

because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for defense preparation and investigation purposes and to permit time for the parties to complete their plea negotiations.

                                        Respectfully submitted,

                                        PHILLIP TALBERT
                                        Acting United States Attorney

DATED:  September 1, 2021            */s/ Kimberly A. Sanchez*
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED:  September 1, 2021            */s/ Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRYAN BARTUCCI

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 8, 2021, to **December 8, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  **September 1, 2021**           /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE