HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No.  1:18-cr-00270-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   February 23, 2022<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for hearing on December 8, 2021, on the deferred prosecution agreement before the Honorable Barbara A. McAuliffe may be continued for further status conference on February 23, 2022, at 1:00 p.m.

The government has recently provided a plea agreement to resolve this case along with Mr. Bartucci's other case, 1:19-cr-00244-DAD-BAM.  While the central terms of the plea agreement have been finalized, there are some minor aspects, such as the forfeiture provision, which needs some additional discussion.  The parties anticipate the case should be resolved by the requested date, but if unable to come to an agreement by that time, would be ready to set a trial date at the next status conference.

1     Pursuant to the deferred prosecution agreement, defense has agreed to waive all time
2 periods applicable under the Speedy Trial Act.  But additionally, the parties agree that, pursuant
3 to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including February 23, 2022,
4 because there is good cause for the requested continuance and the ends of justice outweigh the
5 interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this
6 continuance is necessary for defense preparation and investigation purposes and to permit time
7 for the parties to complete their plea negotiations.

                                            Respectfully submitted,

                                            PHILLIP TALBERT
                                            Acting United States Attorney

DATED:  November 23, 2021         */s/ Kimberly A. Sanchez*
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED:  November 23, 2021         */s/ Charles J. Lee*
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BRYAN BARTUCCI

## ORDER

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to February 23, 2022**, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **November 23, 2021**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE