1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRYAN BARTUCCI
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:18-cr-00270-DAD-BAM

12              Plaintiff,             **STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; AND ORDER**
13  vs.

14  BRYAN BARTUCCI,                    Date:  August 10, 2022
                                       Time:  1:00 p.m.
15              Defendant.             Judge: Hon. Barbara A. McAuliffe

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the status conference

20  currently scheduled for May 11, 2022, at 1:00 p.m. may be continued to August 10, 2022, at 1:00

21  p.m.

22         On May 13, 2020, this Court issued General Order 618, which extended the previous

23  restrictions on courthouse access and in-court hearings until further notice from the Court. This

24  General Order was entered to address public health concerns related to COVID-19. By this

25  stipulation, the parties now move to continue the current status conference until August 10, 2022,

26  and to exclude time between May 11, 2022, and August 10, 2022, under 18 U.S.C. §§

27  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

28         The parties agree and stipulate, and request that the Court find the following. The

government has represented that the discovery associated with this case includes investigative reports, video and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

On February 7, 2022, the Court issued a minute order indicating that the parties should be prepared to set trial date if they do not resolve the case before the previously set status conference of February 23, 2022. However, since counsel for defendant had only recently been appointed to handle Mr. Bartucci's pending cases on January 12, 2022, on February 16, 2022, the parties filed a stipulation requesting additional time so that new counsel for Mr. Bartucci had sufficient opportunity to review the discovery and get up to speed in both cases. Accordingly, both matters were continued to May 11, 2022.

Counsel for Mr. Bartucci has now had an opportunity to review the discovery in both cases and discuss the matter with his client. The parties are currently engaged in plea negotiations and the government has provided a plea agreement. The parties anticipate having additional discussions in the upcoming weeks. Accordingly, the parties request additional time to continue these plea negotiations.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2022, to August 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 5, 2022          */s/ Kimberly Sanchez*
                           KIMBERLY SANCHEZ
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender


Date: May 5, 2022          */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           BRYAN BARTUCCI


# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for May 11, 2022, at 1:00 p.m. is hereby continued to **August 10, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of the date of this order to August 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   **May 5, 2022**          ___/s/ *Barbara A. McAuliffe*___
                                     UNITED STATES MAGISTRATE JUDGE