HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00270-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA; AND ORDER** |
| vs. | |
| BRYAN BARTUCCI, | Date:   August 29, 2022 |
| Defendant. | Time:   9:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the status conference currently scheduled for August 10, 2022, at 1:00 p.m. may be vacated and a change of plea hearing be set on August 29, 2022, at 9:00 a.m.

Undersigned counsel for Mr. Bartucci was appointed in this matter on January 12, 2022. *See* Dkt. #36. On February 16, 2022, the parties filed a stipulation requesting that the matter be continued to May 11, 2022, so that new counsel for Mr. Bartucci had sufficient opportunity to review the discovery and get up to speed in both cases. *See* Dkt. #39. Thereafter, the matter was continued to August 10, 2022, so that the parties could engage in plea negotiations and discuss a resolution. *See* Dkt. #45. The parties have been engaged in plea negotiations and are prepared to set the matter for a change of plea hearing. However, undersigned counsel for Mr. Bartucci will

1  be out on pre-paid scheduled leave between July 27, 2022, and August 7, 2022. The requested

2  date will enable the parties an opportunity to finalize the resolution with sufficient time in

3  advance of the change of plea hearing.

4      Based on the above-stated findings, the ends of justice served by continuing the case as

5  requested outweigh the interest of the public and the defendant in a trial within the original date

6  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

7  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10,

8  2022, to August 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

9  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

10 the Court at defendant's request on the basis of the Court's finding that the ends of justice served

11 by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                           Respectfully submitted,

                                                           PHILLIP A. TALBERT
                                                           United States Attorney

16 Date: July 27, 2022                  */s/ Kimberly Sanchez*
                                                           KIMBERLY SANCHEZ
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff


                                                           HEATHER E. WILLIAMS
                                                          Federal Defender

21 Date: July 27, 2022                  */s/ Reed Grantham*
                                                           REED GRANTHAM
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          BRYAN BARTUCCI

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for August 10, 2022, at 1:00 p.m. is hereby vacated, and the matter is set for a change of plea on **August 29, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**. The time period from August 10, 2022, to August 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 27, 2022**              /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE