| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | BRYAN BARTUCCI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00270-ADA-BAM |
| Plaintiff, | **STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET TRIAL AND TRIAL CONFIRMATION DATE;  ORDER** |
| vs. | |
| BRYAN BARTUCCI, | Date:   August 29, 2022 |
| Defendant. | Time:   8:30 a.m. |
| | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the change of plea hearing currently scheduled for August 29, 2022, at 8:30 a.m. may be vacated, and that a trial date be set on November 15, 2022, at 8:30 a.m., and a trial confirmation hearing be set on October 31, 2022, at 10:00 a.m.

On July 27, 2022, the parties requested that the matter be set for a change of plea hearing on Monday, August 29, 2022. During that time, the parties had been engaged in plea discussions to resolve the case. However, at this time, Mr. Bartucci requests that the matter be set for trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq., which would place trial on or about November 8, 2022. However, after discussions with the Court and counsel for the government, and in order to accommodate the parties' schedules, Mr. Bartucci agrees to

exclude the time between November 8, 2022, and November 15, 2022.

Accordingly, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2022, to November 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Additionally, the parties request that a trial confirmation hearing be set for Monday, October 31, 2022, at 10:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 25, 2022    */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 25, 2022    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

2

**O R D E R**

**IT IS SO ORDERED.** The change of plea hearing currently scheduled for August 29, 2022, at 8:30 a.m. is vacated, and a trial date is set for November 15, 2022, at 8:30 a.m. Additionally, a trial confirmation hearing is set for October 31, 2022, at 10:00 a.m.

The time period from November 8, 2022, to November 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   August 26, 2022

UNITED STATES DISTRICT JUDGE