HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No. 1:18-cr-00270-ADA-BAM<br><br>**STIPULATION TO VACATE TRIAL AND SET STATUS CONFERENCE DATE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the trial confirmation date, and trial date, currently scheduled for October 31, 2022, and November 15, 2022, respectively, may be vacated and that a status conference date be set for January 17, 2023, at 10:00 a.m., to trail the anticipated hearing on Mr. Bartucci's anticipated motion to dismiss in the related matter of Case No. 1:19-cr-00244-ADA-BAM.

Undersigned counsel for Mr. Bartucci was appointed in this matter, and in the related matter of Case No. 1:19-cr-00244-ADA-BAM, on January 12, 2022. *See* Dkt. #36. On August 28, 2022, pursuant to a stipulation from the parties, this matter, and the related matter, were set for trial to begin on November 15, 2022, with no time exclusion under 18 U.S.C. § 3161. *See* Dkt. #52. In light of the anticipated defense motion to dismiss and anticipated briefing schedule

and hearing date in Case No. 1:19-cr-00244-ADA-BAM, the parties are requesting that this matter be set for a status conference on January 17, 2023, at 10:00 a.m. to trail the anticipated hearing on Mr. Bartucci's motion to dismiss in Case No. 1:19-cr-00244-ADA-BAM. This proposed date is a mutually agreeable date for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance to January 17, 2023, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to January 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 30, 2022            */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRYAN BARTUCCI


PHILLIP A. TALBERT
United States Attorney

Date: September 30, 2022            */s/ Kimberly Sanchez*
                                    KIMBERLY SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The trial confirmation hearing set for October 31, 2022, and the trial set for November 15, 2022, are hereby vacated.

**IT IS FURTHER ORDERED THAT** a status conference be set on January 17, 2023, at 10:00 a.m. before the Honorable Ana de Alba, United States District Court Judge.

Time shall be excluded to January 17, 2023, under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   October 3, 2022

UNITED STATES DISTRICT JUDGE