PHILLP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00270 ADA-BAM |
| --- | --- |
| Plaintiff, | 1:19-CR-00244 ADA-BAM |
| v. | STIPULATION EXTENDING TIME FOR THE GOVERNMENT AND DEFENSE TO FILE BRIEFINGS; FINDINGS AND ORDER |
| BRYAN BARTUCCI, | |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

This case is set for a hearing on defendant's motion to dismiss on January 17, 2023 at 10:00 a.m. Briefing on the matter is scheduled as follows:

- Defense motion was filed.
- Government opposition to be filed on or before December 7, 2023
- Any defense reply to be filed on or before December 21, 2022
- Moiton hearing to be set on January 17, 2023.

The parties stipulate and request a one-week extension for the time for the Government to file its opposition and for defense to file any reply, resulting in the following schedule:

- Defense motion was filed.
- Government opposition to be filed on or before December 9, 2023
- Any defense reply to be filed on or before December 23, 2022
- Moiton hearing to be set on January 17, 2023.

STIPULATION EXTENDING FILING DEADLINES     1

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set as noted above.

2. By this stipulation, the parties now move to extend the time to file the Government's Opposition and for any defense reply as noted above – December 9 and December 23, 2023, respectively.

3. There is a previous time exclusion, and the parties are not making any request to continue the hearing set for January 17, 2023.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 7, 2022                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ KIMBERLY A. SANCHEZ
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney


Dated:  December 7, 2022                          /s/ REED GRANTHAM
                                                  REED GRANTHAM
                                                  Counsel for Defendant
                                                  BRYAN BARTUCCI


IT IS SO ORDERED.

Dated:    December 7, 2022
                                                  _____
                                                  UNITED STATES DISTRICT JUDGE