1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRYAN BARTUCCI

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:18-cr-00270-ADA-BAM

12            Plaintiff,               **STIPULATION TO VACATE THE
                                       CURRENT STATUS CONFERENCE AND
13  vs.                                TO SET A NEW STATUS CONFERENCE;
                                       ORDER**
14  BRYAN BARTUCCI,

15            Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the April 12, 2023 status

20  conference set by the district court in its February 23, 2023 minute order be vacated and that a

21  status conference hearing be set for March 22, 2023, at 1:00 p.m.

22          On November 2, 2022, Mr. Bartucci filed a motion to dismiss the Indictment in the

23  related matter of Case No. 1:19-cr-00244-ADA-BAM. *See* Dkt. #94 in Case No. 1:19-cr-00244-

24  ADA-BAM. At the hearing on Mr. Bartucci's motion to dismiss, the Court set a further status

25  conference in the matter for February 27, 2023, and the parties agreed that time should be

26  excluded to February 27, 2023, under 18 U.S.C. § 3161(h)(1)(D). *See* Dkt. #101 in Case No.

27  1:19-cr-00244-ADA-BAM; 18 U.S.C. § 3161(h)(1)(D). On February 23, 2023, this Court denied

28  Mr. Bartucci's motion to dismiss, and set a further status conference before the magistrate court

1    on April 12, 2023, at 1:00 p.m. *See* Dkt. #103-04 in Case No. 1:19-cr-00244-ADA-BAM.

2           The parties have consulted following the district court's denial of Mr. Bartucci's motion

3    to dismiss and are requesting that the April 12, 2023 status conference hearing be vacated and

4    that a status conference hearing be set on March 22, 2023, at 1:00 p.m. The continuance is

5    sought so that the parties have an opportunity to consider how best to proceed following the

6    district court's ruling with respect to the motion to dismiss in Case No. 1:19-cr-00244-ADA-

7    BAM. This proposed date is a mutually agreeable date for the parties and the parties make this

8    request with the intention of conserving time and resources for both the parties and the Court.

9           By and through this stipulation, the parties hereby agree to exclude time through and

10   including March 22, 2023. Specifically, the parties agree that the delay resulting from the

11   continuance to March 22, 2023, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) and

12   3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as

13   requested and outweigh the interest of the public and the defendant in a trial within the original

14   date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time under

15   the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time

16   period to March 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

17   3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

18   the Court at defendant's request on the basis of the Court's finding that the ends of justice served

19   by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

20                                          Respectfully submitted,

21                                          HEATHER E. WILLIAMS
                                            Federal Defender
22

23   Date: February 24, 2023              */s/ Reed Grantham*
                                            REED GRANTHAM
24                                          Assistant Federal Defender
                                            Attorney for Defendant
25                                          BRYAN BARTUCCI

26

27

28

Bartucci – Stipulation                        -2-

1  PHILLIP A. TALBERT
United States Attorney

2

3  Date: February 24, 2023  */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ

4  Assistant United States Attorney
Attorney for Plaintiff

5

6

7  **O R D E R**

8      **IT IS SO ORDERED.** The status conference hearing set for April 12, 2023, is hereby

9  vacated, and a status conference is set for **March 22, 2023, at 1:00 p.m. before Magistrate**

10  **Judge Barbara A. McAuliffe**. Time shall be excluded to March 22, 2023, under 18 U.S.C. §

11  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by

12  continuing the case as requested and outweigh the interest of the public and the defendant in a

13  trial within the original date prescribed by the Speedy Trial Act.

14

15  IT IS SO ORDERED.

16      Dated:   **February 24, 2023**        /s/ *Barbara A. McAuliffe*

17  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Bartucci – Stipulation                    -3-