1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRYAN BARTUCCI
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No. 1:18-cr-00270-ADA-BAM
12 |          Plaintiff,         | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER**
13 | vs.                         |
14 | BRYAN BARTUCCI,             |
15 |          Defendant.         |

18     Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Bryan Bartucci, having been
19 advised of his right to be present at all stages of the proceedings, hereby requests that this Court
20 permit him to waive his right to personally appear for all non-substantive proceedings in this
21 matter pursuant to this waiver. Mr. Bartucci agrees that his interests shall be represented at all
22 times by the presence of his attorney, Assistant Federal Defender, Reed Grantham, the same as if
23 Mr. Bartucci were personally present, and requests that this Court allow his attorney-in-fact to
24 represent his interests at all times.
25 //
26 //
27 //
28 //

Respectfully submitted,

Date:  March 15, 2023

*/s/ Bryan Bartucci*
BRYAN BARTUCCI


HEATHER E. WILLIAMS
Federal Defender

Date: March 15, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

# O R D E R

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:  **March 15, 2023**                              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Bartucci - Rule 43 Waiver

2