| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>BRYAN BARTUCCI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00270-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER** |
| vs. | |
| BRYAN BARTUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the July 10, 2023 change of plea hearing be continued to August 21, 2023, at 8:30 a.m. for a further hearing with respect to a change of plea.

On May 10, 2023, the parties set this matter, and the related case of 1:19-cr-244-ADA, for a change of plea hearing on July 10, 2023. *See* Dkt. #69. At the time, the parties indicated that they were anticipating a resolution with respect to both matters. Since that time, the parties have had additional discussions, and remain in discussions regarding how to resolve both cases. The parties are requesting additional time to further resolution discussions in both cases. This proposed date is a mutually agreeable date for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

By and through this stipulation, the parties hereby agree to exclude time through and including August 21, 2023. Specifically, the parties agree that the delay resulting from the continuance to August 21, 2023, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to August 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2023        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI


PHILLIP A. TALBERT
United States Attorney

Date: July 6, 2023        */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing set for July 10, 2023, at 8:30 a.m., is hereby continued to August 21, 2023, at 8:30 p.m. Time shall be excluded to August 21, 2023, under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv) because the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   July 7, 2023

_____
UNITED STATES DISTRICT JUDGE