PHILLP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | CASE NO.  1:18-CR-00270 ADA-BAM<br>             1:19-CR-00244 ADA-BAM<br><br>STIPULATION CONTINUING CHANGE OF PLEA AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>COURT: Hon. Ana de Alba |

This case is set for a change of plea on August 21, 2023.  The parties stipulate and request the change of plea hearing be continued until September 25, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on August 21, 2023.

2. By this stipulation, defendant now moves to continue the change of plea hearing to September 25, 2023 at 8:30 a.m., and to exclude time between August 21, 2023, and September 25, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, video and photographs.  All of this discovery has been either

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

produced directly to counsel and/or made available for inspection and copying.  Additionally, the parties have engaged in plea negotiations and the government has provided a plea agreement.

  b) Counsel for defendant desires additional time to review discovery, conduct investigation, and finalize plea negotiations.  The parties agree that this case has had a complex factual and procedural history, and defense needed and needs the time that has elapsed to process and analyze all facets of the case and the path that got it to this point.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2023 to September 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 16, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                            /s/ KIMBERLY A. SANCHEZ
                                           KIMBERLY A. SANCHEZ
                                           Assistant United States Attorney


Dated:  August 16, 2023                     /s/ REED GRANTHAM
                                           REED GRANTHAM
                                           Counsel for Defendant
                                           BRYAN BARTUCCI


IT IS SO ORDERED.

    Dated:   August 17, 2023                _____
                                           UNITED STATES DISTRICT JUDGE