PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00270-ADA-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| BRYAN BARTUCCI, | |
| Defendant. | |

Based upon the plea agreement entered between the United States of America and defendant Bryan Bartucci, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Bryan Bartucci's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Smith & Wesson M&P 9 Shield Pistol, SN: HWB1094,

    b. Harrington and Richardson 088 Shotgun, SN: BA495001,

    c. Sig-Sauer P229 Pistol, SN: AG10404,

    d. Mossberg 930 Shotgun, SN: AF204897,

    e. Beretta, Pietro S.P.A. 92FS Pistol, SN: A026783Z,

    f. Aero Precision Inc. X15 Rifle, SN: AR72407,

    g. Aero Precision Inc. X15 Rifle, SN: AR89135,

    h.    Ruger 10/22 Takedown Rifle, SN: 0003-27516,

    i.    Century Arms International C308 Sporter Rifle, SN: C308E10341,

    j.    Ruger 10/22 Rifle, SN: 0002-96989,

    k.    Beretta, Pietro S.P.A. 96A1 Pistol, SN: A54216M,

    l.    Marlin Firearms Co. 881 Rifle, SN: 05432406,

    m.    Browning Buckmark Pistol, SN: 515ZV16041,

    n.    Marlin Firearms Co. XT-22 Rifle, SN: MM49719C,

    o.    Smith & Wesson 3913 Pistol, SN: TJC7165,

    p.    Ruger Mini 14 Rifle, SN: 185-67465,

    q.    Remington Arms Company, Inc. 870 Magnum Shotgun, SN: W707629M,

    r.    CZ (Ceska Zbrojovka) CZ75 B Pistol, SN: B834166,

    s.    Marlin Firearms Co. 60 Rifle CAL: 22, SN: 22342594,

    t.    Mossberg 835 Shotgun, SN: UM631726,

    u.    Remington Arms Company, Inc. 870 Shotgun, SN: RS95512C,

    v.    Century Arms International Centurion UC-9 Rifle, SN: GMT 05269,

    w.    Palmetto State Armory PA-15 Rifle, SN: PA061646,

    x.    Russian Mosin Nagant Rifle, SN: 9130486403,

    y.    Glock GMBH 22 Pistol, SN: YLX811,

    z.    Glock GMBH 34 Pistol, SN: ULK617,

    aa.    Remington Arms Company, Inc. 870 Super Mag Shotgun, SN: AB185290A, and

    bb.    Unknown Manufacturer Unknown Model Rifle, SN: A48517.

2. The above-listed property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(a)(1)(A).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in their secure custody and control.

4.     a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of

1  the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney
2  General may direct shall be posted for at least thirty (30) consecutive days on the official internet
3  government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,
4  provide direct written notice to any person known to have alleged an interest in the property that is the
5  subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

         b.     This notice shall state that any person, other than the defendant, asserting a legal
7  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
8  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
9  within thirty (30) days from receipt of direct written notice, whichever is earlier.

10      5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
11  will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which
12  all interests will be addressed.

IT IS SO ORDERED.

Dated:   November 7, 2023

_____
UNITED STATES DISTRICT JUDGE