HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN BARTUCCI,<br><br>Defendant. | Case No. 1:18-cr-00270-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Bryan Bartucci, that the sentencing hearing currently scheduled for February 5, 2024, at 8:30 a.m. may be continued to February 12, 2024, at 8:30 a.m.

Mr. Bartucci entered a plea of guilty to Count One of the Information on September 25, 2023. *See* Dkt. #75. The matter was then scheduled for sentencing on February 5, 2024. *See* Dkt. #75. On December 20, 2023, the draft Presentence Investigation Report (PSR) was filed. *See* Dkt. #80. Currently, any informal objections are due on or by Monday, January 8, 2024.

Undersigned counsel for Mr. Bartucci has been on previously scheduled leave between December 21, 2023, and January 2, 2024. In light of the timing of the filing of the draft PSR, counsel requires additional time and opportunity to review the draft PSR with Mr. Bartucci and

to prepare any objections. Accordingly, the parties are requesting a brief continuance of sentencing from Monday, February 5, 2024, to Monday, February 12, 2024.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary. The parties respectfully request that the probation sentencing schedule be amended to reflect the new sentencing date.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 4, 2024        */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2024        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN BARTUCCI

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February 5, 2024, at 8:30 a.m. be continued to **Monday, February 12, 2024, at 11:00 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 4, 2024**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE