PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00270-NODJ-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| BRYAN BARTUCCI, | |
| Defendant. | |

On November 7, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Bryan Bartucci forfeiting to the United States the following property:

    a. Smith & Wesson M&P 9 Shield Pistol, SN: HWB1094,
    b. Harrington and Richardson 088 Shotgun, SN: BA495001,
    c. Sig-Sauer P229 Pistol, SN: AG10404,
    d. Mossberg 930 Shotgun, SN: AF204897,
    e. Beretta, Pietro S.P.A. 92FS Pistol, SN: A026783Z,
    f. Aero Precision Inc. X15 Rifle, SN: AR72407,
    g. Aero Precision Inc. X15 Rifle, SN: AR89135
    h. Ruger 10/22 Takedown Rifle, SN: 0003-27516,
    i. Century Arms International C308 Sporter Rifle, SN: C308E10341,
    j. Ruger 10/22 Rifle, SN: 0002-96989,
    k. Beretta, Pietro S.P.A. 96A1 Pistol, SN: A54216M,
    l. Marlin Firearms Co. 881 Rifle, SN: 05432406,
    m. Browning Buckmark Pistol, SN: 515ZV16041,
    n. Marlin Firearms Co. XT-22 Rifle, SN: MM49719C,

o. Smith & Wesson 3913 Pistol, SN: TJC7165,
p. Ruger Mini 14 Rifle, SN: 185-67465,
q. Remington Arms Company, Inc. 870 Magnum Shotgun, SN: W707629M,
r. CZ (Ceska Zbrojovka) CZ75 B Pistol, SN: B834166,
s. Marlin Firearms Co. 60 Rifle CAL: 22, SN: 22342594,
t. Mossberg 835 Shotgun, SN: UM631726,
u. Remington Arms Company, Inc. 870 Shotgun, SN: RS95512C,
v. Century Arms International Centurion UC-9 Rifle, SN: GMT 05269,
w. Palmetto State Armory PA-15 Rifle, SN: PA061646,
x. Russian Mosin Nagant Rifle, SN: 9130486403,
y. Glock GMBH 22 Pistol, SN: YLX811,
z. Glock GMBH 34 Pistol, SN: ULK617,
aa. Remington Arms Company, Inc. 870 Super Mag Shotgun, SN: AB185290A, and
bb. Unknown Manufacturer Unknown Model Rifle, SN: A48517.

Beginning on November 19, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired. Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Bryan Bartucci.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 19, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                       2