1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   First Assistant Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-CR-00270-CRB-BAM |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) |
| BRYAN BARTUCCI, | ) |
| Defendant. | ) |

Defendant, Bryan Bartucci, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his probation.

Mr. Bartucci pled guilty in 2024 to engaging in the business of dealing firearms without a license. Following his sentence, he received 3 years of probation, which began on February 12, 2024. Mr. Bartucci submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 25, 2025                    */s/ Peggy Sasso*
                                            PEGGY SASSO
                                            First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 25, 2025**__                    /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE