Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:18-cr-00270-TLN-BAM |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| BRYAN BARTUCCI, | |
| Defendant. | |

TO THE HONORABLE CHIEF JUDGE TROY L. NUNLEY AND TO THE UNITED STATES ATTORNEY:

On February 12, 2024, Defendant Bryan Bartucci was sentenced to probation in this matter. CJA Panel Attorney Michael McKneely was appointed as counsel to represent Mr. Bartucci on February 25, 2024, with regard to his desire to terminate probation early. Counsel filed the Motion and the Court issued its ruling on May 15, 2025. Having completed his representation of Mr. Bartucci, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Bartucci require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-

appointment of counsel to assist him.

Respectfully submitted,

DATED: May 18, 2025                    McKNEELY LAW FIRM

By:  s/ Michael McKneely
     Michael McKneely
     Attorneys for Bryan Bartucci

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Motion To Terminate CJA Appointment Of Michael McKneely As Attorney Of Record And Order    -2-

**ORDER**

Having reviewed the motion, and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Bartucci seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Bartucci at the following address, and to update the docket to reflect Mr. Bartucci's *pro se* status, and contact information.

> Bryan Bartucci
> 5652 Bald Eagle Rd, NW
> Albuquerque, New Mexico 87114

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE