| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | First Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-CR-00270-TLN-BAM |
| | ) | |
| *Plaintiff,* | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING CJA PANEL COUNSEL** |
| vs. | ) | |
| | ) | |
| BRYAN BARTUCCI, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Defendant, Bryan Bartucci, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of the terms of probation.

Mr. Bartucci pled guilty in 2024 to engaging in the business of dealing firearms without a license. Following his sentence, he received 3 years of probation, which began on February 12, 2024. Mr. Bartucci submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel Michael G. McKneely be appointed *nunc pro tunc* as of July 18, 2025.

DATED:  July 22, 2025                    */s/ Peggy Sasso*
                                          PEGGY SASSO
                                          First Assistant Federal Defender

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Michael G McKneely be promptly appointed *nunc pro tunc* as of July 18, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **July 22, 2025**            /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE