IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRYAN BARTUCCI,<br><br>　　　　Defendant. | Case No.　1:18-cr-00270-TLN-BAM<br><br>**ORDER AUTHORIZING TRAVEL** |

　　　Upon consideration of Defendant Bryan Bartucci's Motion for authorization to travel to Manila, Philippines in December 2025:

　　　IT IS HEREBY ORDERED:

　　　1.　Mr. Bartucci is authorized to travel internationally to Manila, Philippines, from December 13, 2025 through December 27, 2025, for personal travel as described in his submitted request and itinerary;

　　　2.　Mr. Bartucci shall provide his probation officer with all necessary documentation regarding this travel, including proof of return arrangements, contact information, and lodging.

////

////

////

ORDER AUTHORIZING TRAVEL　　　-1-

1  IT IS SO ORDERED.

2  Dated: October 10, 2025

3  _____
4  TROY L. NUNLEY
   CHIEF UNITED STATES DISTRICT JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

ORDER AUTHORIZING TRAVEL    -2-