McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:18-cr-00270-TLN-BAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER AUTHORIZING TRAVEL** |
| BRYAN BARTUCCI, | |
| Defendant. | |

Upon consideration of Defendant Bryan Bartucci's Motion for authorization to travel to Manila, Philippines in March 2026 and Fresno, California in May:

IT IS HEREBY ORDERED:

1.      Mr. Bartucci is authorized to travel internationally to Manila, Philippines, from May 16, 2026 through May 28, 2026, for personal travel as described in his submitted request and itinerary;

2.      Mr. Bartucci is authorized to travel to Fresno, California from March 7, 2026 through March 15, 2026, for personal travel as described in his submitted request;

3.      Mr. Bartucci shall provide his probation officer with all necessary documentation regarding this travel, including proof of return arrangements, contact information, and lodging.

IT IS SO ORDERED.

ORDER AUTHORIZING TRAVEL                                                                      -1-

Dated:  February 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE:  (559) 443-7442
FACSIMILE:  (559) 860-0150

ORDER AUTHORIZING TRAVEL                                                    -2-