Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
BRYAN BARTUCCI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>BRYAN BARTUCCI,<br>*Defendant.* | Case No.    1:18-cr-00270-TLN-BAM<br><br>**(1) NOTICE OF MOTION AND MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY;**<br><br>**(2) ORDER** |

TO THE HONORABLE JUDGE TROY L. NUNLEY AND TO THE UNITED STATES ATTORNEY:

On December 18, 2018, Defendant Bryan Bartucci was indicted on federal charges. CJA Panel Attorney Michael McKneely was appointed to represent Mr. Bartucci on July 22, 2025, in his request to Authorize International Travel. Mr. Bartucci's Motion for International travel was granted on February 9, 2026. Having completed his representation of Mr. Bartucci, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Bartucci require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will

NOTICE OF MOTION AND MOTION TO TERMINATE CJA
APPOINTMENT OF MICHAEL McKNEELY

-1-

arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

Dated: May 5, 2026                    MCKNEELY LAW FIRM

By: _____

Michael McKneely
Attorneys for BRYAN BARTUCCI

### ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as counsel in this matter. Should Mr. Bartucci seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Bartucci at the following address, and to update the docket to reflect Mr. Bartucci's *pro se* status and contact information.

5652 Bald Eagle Rd. NW Albuquerque, NM 87114

IT IS SO ORDERED

Dated: May 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

NOTICE OF MOTION AND MOTION TO TERMINATE CJA
APPOINTMENT OF MICHAEL McKNEELY

-2-